IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY G. ZANE WATKINS,<br><br>Petitioner,<br><br>v.<br><br>RON WARD, Warden,<br><br>Respondent. | Case No. CIV-05-098-RAW |

## ORDER

On November 15, 2007, Magistrate Judge Kimberly E. West filed a Report and Recommendation, recommending that this action (commenced by Petitioner's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254) be dismissed. Petitioner's copy of the Report and Recommendation was returned to the Court with a stamp reading "return to sender - refused - unable to forward." Petitioner has not filed any objection. The Court, after de novo review, finds that the Magistrate Judge's Report and Recommendation is well-supported by the evidence and the prevailing legal authority.

Accordingly, the Report and Recommendation of United States Magistrate Judge West is hereby AFFIRMED and ADOPTED as this Court's Findings and Order. Petitioner's petition pursuant to 28 U.S.C. § 2254 is hereby DISMISSED.

IT IS SO ORDERED this 6th day of December, 2007.

**Dated this 6th Day of December 2007.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma