IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

TIMOTHY G. ZANE WATKINS,

    Petitioner,

v.

RON WARD, Warden,

    Respondent.

Case No. CIV-05-098-RAW

## JUDGMENT

Pursuant to the Order contemporaneously entered, the Court hereby enters this Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing this action.

IT IS SO ORDERED this 6th day of December, 2007.

**Dated this 6th Day of December 2007.**

J4h4i0

_/s/ Ronald A. White_
Ronald A. White
United States District Judge
Eastern District of Oklahoma